**JAMES GREENBERG, P.C.**
240 Kent Ave, Suite B-13
Brooklyn, NY 11249

James K. Greenberg, Esq.  (917)262-0745 *direct dial*
Email: jim@jamesgreenberglaw.com  (212)545-7337 *voicemail*
(917)591-4999 *fax*

Ranadeb Mukherjee, Esq., Of Counsel
Ran Mukherjee, P.C.

Seth Harris, Of Counsel
Burns & Harris, P.C.

July 26, 2021

**Via Electronic Filing**
Magistrate Judge Steven L. Tiscione
U.S. District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Sosa v. Katzman, M.D., et al* (20-cv-05461 JS-ST)

Hon. Judge Tiscione:

This law firm represents the Plaintiff Jay Sosa. Parties are currently scheduled to provide settlement positions on July 28, 2021, and participate in a settlement conference on July 30, 2021.

We respectfully request a 30-day extension of both of these dates, such that parties would provide settlement positions on August 27, 2021, and participate in a settlement conference on such date as the Court is able to schedule one.

The reason for the request is that Plaintiff's expert is still completing his report, which will be crucial for Defendant's evaluation of how to approach settlement. Parties have completed fact discovery.

I have conferred with Mr. Kutner, counsel for Defendants, and he consents to this request for extension.

Respectfully submitted,

*/s/ Ran Mukherjee*
Ran Mukherjee