# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | January 14, 2022 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-20-5461 (JS) |
| **NAME OF CASE(S):** | **SOSA V. KATZMAN, M.D. ET. AL.** |
| **FOR PLAINTIFF(S):** | Greenberg |
| **FOR DEFENDANT(S):** | Kutner |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | N/A |

### RULINGS FROM SETTLEMENT CONFERENCE:

Settlement discussions were held but the parties were unable to reach a disposition. Parties do not intend to file any dispositive motions. Parties shall file the Joint Pretrial Order by March 14, 2022.